

# SEALED

**Office of the United States Attorney**
District of Nevada
333 Las Vegas Boulevard, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

```
DANIEL G. BOGDEN
United States Attorney
RUSSELL E. MARSH
Assistant United States Attorney
333 Las Vegas Blvd. S, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336
```

2011 MAR 14 A 7 46

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE FO A PEN REGISTER AND A TRAP AND TRACE DEVICE, CALLER IDENTIFICATION AND TOLL RECORDS | 2:07-mj-00248-PAL<br><br>GOVERNMENT'S MOTION TO UNSEAL |

COMES NOW the United States of America, by and through Daniel G. Bogden, United States Attorney, and Russell E. Marsh, Assistant United States Attorney, and hereby moves this Court to unseal the above-captioned matter. The sealing is no longer necessary, and the State of Nevada is in need of the information for presentation at trial and for discovery obligations.

DATED this ____ day of March 2011.

DANIEL G. BOGDEN
United States Attorney

*/s/ Russell E. Marsh*
RUSSELL E. MARSH
Assistant United States Attorney

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 14, 2011